IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEFFREY CHARLES,

      Appellant,

v.                                                                       Case No.  5D22-413
                                                                         LT Case No. 2013-DR-002423-O

SHANNON WILLIAMS,

      Appellee.

_____/

Opinion filed November 4, 2022

Appeal from the Circuit Court
for Orange County,
Diana M. Tennis, Judge.

Jeffrey Charles, Apopka, pro se.

No Appearance for Appellee.

PER CURIAM.

      Appellant appeals eight orders, only one of which this Court may

properly exercise jurisdiction over. As a result, we affirm the trial court's

February 10, 2022 order to the extent it grants in part the Motion to Suspend

Timesharing. As to the remaining orders, this Court lacks jurisdiction, so we dismiss.

AFFIRMED, in part; DISMISSED, in part.

COHEN, EDWARDS and SASSO, JJ., concur.